No. 04–613. IN RE JARMUTH;

No. 04–6856. IN RE BARKCLAY;

No. 04–6917. IN RE MEASE;

No. 04–6918. IN RE BARKCLAY;

No. 04–6954. IN RE BARKCLAY;

No. 04–7023. IN RE BARKCLAY;

No. 04–7024. IN RE BARKCLAY; and

No. 04–7300. IN RE VOVAK. Petitions for writs of prohibition denied.